UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PAUL LEBOWITZ<br>   Plaintiff | CIVIL ACTION |
| | TRIAL BY JURY<br>DEMANDED |
| GLOBAL CREDIT & COLLECTION CORPORATION<br>   Defendant | FEBRUARY 1, 2011 |

## COMPLAINT

1. This is a suit brought by a consumer who has been harassed by Defendant. This action is for violation of Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §§ 1692 *et seq.* and includes a pendent claim brought under State law for violation of the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. §§ 42-110a *et seq.*

2. Plaintiff, Paul Lebowitz, is a natural person residing in Canton, Connecticut and is a consumer as defined by the Fair Debt Collection Practices Act ("FDCPA") 15 U.S.C. §1692a(3).

3. The defendant, Global Credit & Collection Corporation ("Global"), is a Delaware corporation with a principal place of business in New York and is licensed by the Connecticut Department of Banking as a Consumer Collection Agency and is a debt collector as defined by FDCPA § 1692a(6).

4. Jurisdiction in this Court is proper pursuant to 15 U.S.C. § 1692k(d) and 28 U.S.C. §§ 1331, 1367, and 1337.

5. This Court has jurisdiction over Global because it engages in debt collection within Connecticut.

6. Venue in this Court is proper, because the Plaintiff is a resident and the acts complained of occurred in this state.

7. Plaintiff owed a consumer debt (the "Debt") that was assigned to Global for collection purposes.

8. Global began contacting Plaintiff in an attempt to collect the Debt.

9. Beginning around February 17, 2010, Global representatives were contacting Plaintiff and demanding payment on the Debt in the amount of $2,127; one Global representative who referred to herself as Christine spoke with Plaintiff sometime shortly after February 17, 2010 and told Plaintiff that he had ten days to pay Global or else Plaintiff "would be turned over to some not so nice people."

10. In or around March 2010, Global attempted an electronic transfer of $2,630 from Plaintiff's bank account with Farmington Bank without Plaintiff's permission; as soon as Plaintiff discovered what was happening, he placed with his bank a stop-payment on that unauthorized withdrawal and incurred a $20 fee for that stop-payment.

11. Global violated the FDCPA and CUTPA.

WHEREFORE, the Plaintiff seeks recovery of actual damages (including emotional distress related damages) and statutory damages pursuant to 15 U.S.C. § 1692k; attorney's fees and costs pursuant to 15 U.S.C. § 1692k; actual damages, punitive damages, and attorney's fees and costs pursuant to Conn. Gen. Stat. § 42-110g; and such other relief as this Court deems appropriate.

**PLAINTIFF, PAUL LEBOWITZ**

By: _____
Daniel S. Blinn, ct02188
Matthew W. Graeber, ct27545
dblinn@consumerlawgroup.com
Consumer Law Group, LLC
35 Cold Spring Rd. Suite 512
Rocky Hill, CT  06067
Tel. (860) 571-0408; Fax. (860) 571-7457