IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| PAUL LEBOWITZ<br><br>　Plaintiff<br><br>vs.<br><br>GLOBAL CREDIT AND COLLECTION CORPORATION<br><br>　Defendant | CIVIL ACTION NO.: 3:11-00171-AWT<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

The Plaintiff and Defendant, by and through the undersigned, hereby stipulate that the above entitled action shall be dismissed with prejudice to Plaintiff on her complaint and without costs and/or attorney's fees to any party.

THE PLAINTIFF,
Paul Lebowitz

By: _____
Daniel S. Blinn
Consumer Law Group, LLC
35 Cold Spring Road, Ste. 512
Rocky Hill, CT 06067
Tel: 860-571-0408
Fax: 888-522-1692
E-Mail: dblinn@consumerlawgroup.com

　Her Attorney

THE DEFENDANT,
Global Credit and Collection Corporation

By: _____
Jonathan D. Elliot (ct05762)
Zeldes, Needle & Cooper, P.C.
1000 Lafayette Boulevard
Bridgeport, CT 06604
Tel:　203-333-9441
Fax:　203-333-1489
E-Mail: jelliot@znclaw.com

　Its Attorneys

So Ordered: _____　Dated: